IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC G. WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 1:16-CV-01278-ODE-JCF |
| GEORGIA DEPARTMENT OF | ) | |
| PUBLIC HEALTH, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eric G. Walsh and Defendants Georgia Department of Public

Health, *et al*. by and through their undersigned counsel, hereby stipulate to the

dismissal of the above-captioned action with prejudice.


/s/ Andrew Y. Coffman
Andrew Y. Coffman
Georgia Bar No. 173115
acoffman@pcwlawfirm.com

PARKS, CHESIN & WALBERT, P.C.
75 14th Street, 26th Floor
Atlanta, GA 30309
Telephone: 404.873.8000
Facsimile: 404.873.8050

Roger Byron (*pro hac vice*)
rbyron@firstliberty.org
Jeremy Dys (*pro hac vice*)
jdys@firstliberty.org

CHRISTOPHER M. CARR
Bar No. 112505
Attorney General

ANNETTE COWART, Bar No. 191199
Deputy Attorney General

/s/ Bryan K. Webb
Bryan K. Webb, Bar No. 743580
Senior Assistant Attorney General

/s/ Courtney C. Poole
Courtney C. Poole, Bar No. 560587
Assistant Attorney General
cpoole@law.ga.gov

FIRST LIBERTY INSTITUTE
2001 W. Plano Pky., Suite 1600
Plano, Texas 75075
(972) 941-4444 Telephone
(972) 941-4457 Facsimile

*Attorneys for Plaintiff*

/s/ Laura McDonald
Laura McDonald, Bar No. 681655
Senior Assistant Attorney General
lmcdonald@law.ga.gov

OFFICE OF THE ATTORNEY
GENERAL
40 Capitol Square, SW
Atlanta, Georgia  30334
Telephone:   (404) 656-3384
Facsimile:   (404) 657-9932
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on I filed the foregoing STIPULATION OF

DISMISSAL WITH PREJUDICE using the Court's CM/ECF system, which will

automatically send notice of the same to all attorneys of record.

This 14th day of February, 2017.

_/s/   Andrew Y. Coffman_____
Andrew Y. Coffman